# First District Court of Appeal
## State of Florida

_____

No. 1D2025-1122
_____

Daniel Lee Hodges,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

October 15, 2025

Per Curiam.

    Affirmed.

Osterhaus, C.J., and Rowe and Nordby, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Glenn Matthew Swiatek, Criminal Defense Attorney, Crestview, for Appellant.

James Uthmeier, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellee.